IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALLEN DOUGLAS SHEPARD, JR.,

    Plaintiff,

v.                                                CASE NO. 4:05-cv-00357-MP-EMT

STEVENS, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 17, Report and Recommendations of the Magistrate Judge, recommending that plaintiff's Amended Complaint, Doc. 16, should be dismissed with prejudice for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Magistrate Judge filed the Report and Recommendation on Friday, March 17, 2006. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's Amended Complaint, Doc. 16, is dismissed with prejudice for failure to state a claim upon which relief may be granted.

**DONE AND ORDERED** this  *21st* day of April, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
